FILED

JAN - 7 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:26CR00020 |
| Plaintiff, | ) | |
| v. | ) | |
| BRIAN FOSTER, | ) | MOTION TO SEAL INDICTMENT |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, David M. Toepfer, United States Attorney, and Scott C. Zarzycki, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s): to prevent the potential danger to the arresting officers, flight of the defendant, and the possible destruction of evidence if the defendant were to learn of the Complaint prior to being arrested..

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should the defendant be located in another judicial district and a certified copy of this indictment is needed

for forwarding to that judicial district. *See* Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

                              Respectfully submitted,

                              DAVID M. TOEPFER
                              United States Attorney

By:       /s/ Scott Zarzycki
                Scott Zarzycki (OH: 0072609)
                Assistant United States Attorney
                United States Court House
                801 West Superior Avenue, Suite 400
                Cleveland, OH 44113
                (216) 622-3971
                (216) 522-8355 (facsimile)
                Scott.Zarzycki@usdoj.gov