UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WAIVER OF DETENTION |
| | ) | HEARING AND ORDER |
| v. | ) | |
| | ) | Case No. 1:26CR20 (BMB) |
| BRIAN FOSTER | ) | |

BRIAN FOSTER, the above-named defendant, who is accused of violating 18:1951(a) Interference with Commerce by Robbery, being advised of the nature of the charge and of his/her rights and under advice of counsel, hereby waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18, U.S.C. § 3142. The defendant also knowingly and voluntarily, and with advice of counsel, waives whatever right of appeal he/she has of the Magistrate Judge's Order of Detention as a result of the waiver. Defendant ordered detained in custody of U.S. Marshal.

_____
Defendant

_____
Counsel for Defendant

APPROVED AND ORDERED:

_____
United States Magistrate Judge
1/12/2026
Date